IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEITH DAWSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3982

Opinion filed February 6, 2017.

An appeal from an order of the Circuit Court for Duval County.
Mark J. Borello, Judge.

Keith Dawson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.

RAY, MAKAR, and WINSOR, JJ., CONCUR.